**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Lesia Melendez | ) | |
| Plaintiff, | ) | C/A No. 2:26-cv-03256-DCN-MGB |
| | ) | |
| vs. | ) | **AMENDED SCHEDULING ORDER** |
| | ) | |
| Samuel Richardson, Chaz Easterlin, | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following amended scheduling order is established for this case.

1. Motions to join other parties and amend the pleadings (Fed. R. Civ. P. 16(b)(I)) shall be filed no later than **December 31, 2026**. ALL motions to amend pleadings must be accompanied by a proposed amended pleading. (Fed. R. Civ. P. 15; Fed. R. Civ. P. 16.)

2. Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number of each person whom Plaintiff(s) expects to call as an expert at trial, and certifying that a written report prepared and signed by any expert meeting the criteria under Fed. R. Civ. P. 26(a)(2)(b), including all information required by Fed. R. Civ. P. 26(a)(2)(B), has been disclosed to other parties by **February 2, 2027.** For all other expert witnesses, counsel should make the disclosures required by Fed. R. Civ. P. 26(a)(2)(C) by **February 2, 2027.**

3. Defendant(s) shall file and serve a document identifying by full name, address, and telephone number of each person whom Defendant(s) expects to call as an expert at trial, and certifying that a written report prepared and signed by any expert meeting the criteria under Fed. R. Civ. P. 26(a)(2)(b), including all information required by Fed. R. Civ. P. 26(a)(2)(B), has been disclosed to other parties by **March 3, 2027.** For all other expert witnesses, counsel should make the disclosures required by Fed. R. Civ. P. 26(a)(2)(C) by **March 3, 2027.**

4. Counsel shall file and serve affidavits of records custodian witnesses proposed to be presented by affidavit at trial no later than **March 3, 2027** Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure. (See Fed. R. Evid. 803(6),902(11), or 902(12) and Local Civil Rule 16.02(D)(3).

5. Discovery shall be completed no later than **May 4, 2027**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene depositions

must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02, and have had a telephone conference with Judge Baker in an attempt to resolve the matter informally.

6. All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before **July 2, 2027.** (Fed. R. Civ. P. 16(b)(2)).

7. Mediation, pursuant to Local Civil Rules 16.04-16.12, shall be completed in this case on or before **June 1, 2027**. **At least thirty (30) days prior to this mediation deadline**, counsel for each party shall file and serve a statement certifying that counsel has (1) provided the party with a copy of the mediation requirements; (2) discussed the availability of mediation with the party; and (3) discussed the timing of mediation with opposing counsel.

**IT IS SO ORDERED.**

Mary Gordon Baker

MARY GORDON BAKER
UNITED STATES MAGISTRATE JUDGE

September 14, 2026
Charleston, South Carolina