**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Lesia Melendez, Individually and as Guardian of R.S., a Minor,<br><br>Plaintiff,<br><br>v.<br><br>Samuel Richardson and Chaz Easterlin,<br><br>Defendants. | ) | C/A No. 2:26-cv-03256-DCN-MGB<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF** |

YOU WILL PLEASE TAKE NOTICE that the undersigned moves before this Court to withdraw Attorney H. Thomas Morgan, Jr. and Attorney Jitwan K. Floyd as counsel for Plaintiff. A notice of appearance for Plaintiff was incorrectly entered as these attorneys only represent the Defendants in this matter. No party will be prejudiced or otherwise affected by the withdrawal and Plaintiff will continue to be represented by its correct counsel, Tucker S. Player, Esquire.

In accordance with Local Civil Rule 7.04, a full explanation of the Motion is contained herein and a memorandum will serve no useful purpose.

SMITH | ROBINSON

*s/ Jitwan K. Floyd*
Daniel C. Plyler, Fed. ID No. 9762
Jitwan K. Floyd, Fed. ID No. 14814
3200 Devine Street
Columbia, SC 29205
T: 803-254-5445
F: 803-254-5007
Daniel.Plyler@SmithRobinsonLaw.com
Jitwan.Floyd@SmithRobinsonLaw.com

*Counsel for Defendants*

Columbia, South Carolina

November 9, 2026